Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ALAN DALE PITTMAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALAN DALE PITTMAN | ) Case No.: 2:15-cv-00819-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING ) SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 16, 2015, in which to file Plaintiff's REPLY TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT ; and that all other deadlines set forth in the April 17, 2015 Case Management Order shall be extended accordingly.  IT IS SO ORDERED.

Dated:  November 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE